# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


**REGINA F. VALENCIA,**

    **Plaintiff,**

**v.**                                        **No. 1:19-cv-00002-KRS**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand for Further Proceedings

(Doc. 20) in an order entered concurrently herewith, in accordance with Federal Rule of Civil

Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**